UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 8:11-cr-333-T-23TGW
             8:15-cv-1367-T-23TGW

CHESTER FLOYD
_____/

**ORDER**

A jury convicted Floyd of (1) conspiracy to possess with the intent to distribute five kilograms or more of cocaine and five hundred grams or more of methamphetamine, (2) possession of a firearm by a felon, and (3) possession of a firearm during a drug trafficking crime. Judge William J. Castagna sentenced Floyd to imprisonment for a total of three hundred months. Floyd moves to vacate his sentence under 28 U.S.C. § 2255. Judge Castagna referred the motion to vacate to Magistrate Judge Thomas G. Wilson. After conducting an evidentiary hearing, the magistrate judge recommends (Doc. 19) denying the motion. Each party received a copy of the magistrate judge's report and recommendation. Neither party objects to the report and recommendation.

- 2 -

The Magistrate Judge's report and recommendation (Doc. 19) is **ACCEPTED**. The motion to vacate sentence under Section 2255 (Doc. 1) is **DENIED**. The clerk must enter a judgment for the United States and close this case.

ORDERED in Tampa, Florida, on June 1, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE